**Opinion issued July 31, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00418-CR

———————————

**THE STATE OF TEXAS, Appellant**

**V.**

**ROGER KEITH JOPLING, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Case No. 1352035**

---

## MEMORANDUM OPINION

The State has filed a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).